# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                                                  **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-00416-KGB**

**LUCAS EMBERTON,** *et al.*                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Michael Edward Allen's complaint is dismissed without prejudice. The relief requested is denied. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge